```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
CHERIE MONTEATH,

                    Plaintiff,
v.                                  Case No.  8:09-cv-1401-T-33TGW

FERRELLGAS,

                    Defendant.
_____/
```

**ORDER**

This matter comes before the Court pursuant to the Notice of Mediation (Doc. # 12) filed on March 11, 2010. The parties have selected a mediator, Marcus Castillo, Esq. who is not listed on the Certified Mediator List of the Middle District of Florida. Local Rules 9.01 and 9.02 of the Middle District of Florida explain that only mediators certified by the Chief Judge of the Middle District of Florida may preside as mediators over court-annexed mediation.[1]

Accordingly, the parties are directed to select a Certified Mediator to preside over the mediation of this case and are further directed to submit to this Court an amended Notice of Mediation. Counsel may access the Certified Mediator List on this Court's website at

---

[1] The parties are certainly free to submit their case to mediation with Attorney Castillo at any time; however, mediation with Attorney Castillo does not relieve the parties of the requirement that they submit this case to court-annexed mediation presided over by a Middle District of Florida certified mediator.

www.flmd.uscourts.gov. The Mediator List is located in the "Attorney Resources" section of the website.

The parties shall file their amended Notice of Mediation within ten days of the date of this order.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Within ten (10) days of the date of this order, the parties shall file an amended Notice of Mediation that indicates that the parties have selected a certified mediator, as required by Rule 9 of the Local Rules of the Middle District of Florida, to preside over the mediation of their case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>12th</u> day of March 2010.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record
Marcus A. Castillo, Esq.
19321-C U.S. Hwy. 19 N. Suite 401
Clearwater, Florida 33764